**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52819.**

Sept. 29, 1972.

Application denied—on the showing made at the evidentiary hearing, it does not appear that the trial judge erred in denying the relief sought.

266 So.2d 714

**STATE of Louisiana ex rel. Thomas Leo PERRIN**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52809.**

Sept. 29, 1972.

Writ denied. On the basis of the contemporaneous recording of the applicant's 1968 guilty pleas (pre-*Boykin*) and of the evidentiary hearing held on June 13, 1972, we find no merit to the applicant's contention that he did not voluntarily and understandingly waive the assistance of counsel and other constitutional rights, after fair explanation thereof by the trial judge.

266 So.2d 715

**STATE of Louisiana**

**v.**

**Kenneth THIBODEAUX.**

**No. 52820.**

Sept. 29, 1972.

Writ refused. The showing made is not sufficient to warrant the exercise of our supervisory jurisdiction.

BARHAM, J., is of the opinion the writ should be granted.